**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **ROBBIE LINTON,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 9:16-CV-45** |
| | § | |
| **HARTFORD LLOYD'S INS. CO.** | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE**

Currently before this Court is the Agreed Motion to Dismiss with Prejudice (Doc. No. 16) ("Motion") filed by Plaintiff Robbie Linton and Defendant Hartford Lloyds Insurance Company. After considering the Motion and the agreement of the parties expressed therein, the Court hereby

**GRANTS** the Motion that all Plaintiff's claims and causes of action against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**.

All relief not granted herein is denied. Each party is to bear its own costs, fees, and expenses. This Order constitutes a final judgment in that it finally disposes of all parties and all claims in this lawsuit.

**It is SO ORDERED.**
**SIGNED this 26th day of August, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE